**Order entered August 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00357-CR

### JOSHUA LEE DIXON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82812-2014**

## ORDER

The Court **REINSTATES** the appeal.

On June 15, 2015, appellant filed a pro se motion to dismiss his appeal. Because the motion was not signed by counsel, as is required by Texas Rule of Appellate Procedure 42.2(a), the Court sent a copy of the letter to counsel for a determination of whether counsel concurred in the decision. Counsel never responded. On July 1, 2015, appellant filed a second pro se motion to dismiss his appeal. Therefore, on July 1, 2015, we ordered the trial court to make findings regarding whether appellant desires to pursue the appeal. While the appeal was abated pending receipt of the trial court's findings, appellant filed a third pro se motion to dismiss his appeal. On August 17, 2015, we received the trial court's finding that appellant does not wish to pursue the appeal. We **ADOPT** the finding.

Because the Court has never received a motion to dismiss the appeal that is signed by both appellant and counsel, we **DENY** the motions to dismiss.

We **ORDER** the appeal submitted without briefs and without argument. as of the date of this order to a panel consisting of Justices Fillmore, Myers, and Evans. *See* TEX. R. APP. P. 38.8(b)(4).

/s/     ADA BROWN
         JUSTICE